UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANE DOE,

     Plaintiff,

v.

FRONTIER PARK QOZB,
a Florida Limited Liability company,          **Case No. 8:26-cv- 01768**



and

STEPHEN SATZ, individually,

     Defendants.

_____/

**PLAINTIFF'S MOTION TO SEAL APPLICATION TO PROCEED IN
DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
AND FOR PROTECTIVE ORDER**

Plaintiff JOANNA CENO ("Plaintiff"), also known as Jane Doe, pursuant to

Local Rule 1.11, requests that this Court seal her Application to Proceed in District

Court without Prepaying Fees and Cost and in support states as follows:

1. Plaintiff filed her Complaint using the pseudonym JANE DOE, as the

    Complaint contains allegations of sexual harassment and abuse by Defendants

    against Plaintiff.

2. Contemporaneously with the Complaint, Plaintiff filed a Motion to Proceed

    Under Pseudonym and for Protective Order, which would allow Plaintiff to

1

proceed in this case without using her real name in order to avoid further psychological harm, embarrassment, and harassment. The Motion remains pending until Defendant has been served with process and appeared in this case. For the reasons set forth in the Motion to Proceed Under Pseudonym[1], Plaintiff respectfully requests that her real name be kept confidential during these proceedings.

3. However, along with the filing of the Complaint, Plaintiff filed an Application to Proceed in District Court without Prepaying Fees and Costs (Affidavit of Indigency). The Application was made under penalty of perjury and Plaintiff

---

[1]As a general matter, a complaint must state the names of all parties. Fed. R. Civ. P. 10(a). However, this rule is not absolute. Plaintiff B v. Francis, 631 F.3d 1310, 1315-16 (11th Cir. 2011). A party may proceed anonymously in a civil suit in federal court by showing that he or she "has a substantial privacy right which outweighs the customary and constitutionally-embedded presumption of openness in judicial proceedings." Id. Fed. R. Civ. P. 26(c)(1) also authorizes the Court "for good cause" to "issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense" upon the Plaintiff's motion. The Court may grant a protective order under Rule 26(c)(1) for "good cause" and has "broad discretion…to decide when a protective order is appropriate and what degree of protection is required." Seattle Times Co. v. Rhinehard, 467 U.S. 20, 36 (1984); see, e.g., Doe v. McCoy, No. 1:23-CV-3169, 2024 WL 843908, at *9 (N.D.Ga. Feb. 28, 2024) (granting motion to proceed anonymously, finding the disclosure of the plaintiff's identity in a revenge porn case "would plainly compound the harm she has already purportedly suffered as result of Defendants' alleged conduct.").

signed the application using her real name. Plaintiff filed the Application simultaneously with the Complaint.

4. Both applications containing Plaintiff's real name would be visible in the Court's docket which undermines the goal and purpose of Plaintiff proceeding under a pseudonym.

5. For the reasons set forth in the Motion to Proceed Under Pseudonym, Plaintiff respectfully requests that this Court enter an order sealing or redacting the filed Applications until further order from this Court, and granting such other relief as this Court deems just and appropriate.

## **CERTIFICATE OF CONFERRAL**

Plaintiff's counsel states that they have not yet conferred with Defendant about the relief requested herein, as required by Local Rule 7.1(a)(2), because the Motion is made contemporaneously with the filing of the Complaint and before Defendant has appeared in this case. Counsel certifies that they will confer with Defendant about the relief requested herein at the earliest opportunity.

*SPACE INTENTIONALLY LEFT BLANK- SIGNATURES TO FOLLOW*

RESPECTFULLY SUBMMITTED,


By:    /s/    Troy D. Parker

Troy D. Parker, Esq. Fla. Bar No. 1047540
BAY AREA LEGAL SERVICES, INC.
1302 N. 19th Street, Suite 400
Tampa, Florida 33605-5230
Telephone No: (813) 232-1343 ext 125
Facsimile: (813) 315-7024
ableservice@bals.org
tparker@bals.org
*Attorneys for Plaintiff*


**THREE RIVERS LEGAL SERVICES, INC.**
**Co-Counsel for Plaintiff**

   /s/*Kevin S. Rabin*
Kevin S. Rabin, Esq.
Florida Bar No. 107391
1000 NE 16th Avenue, Bldg. I
Gainesville, FL 32601
(352) 415-2310
kevin.rabin@trls.org
litigationeservice@trls.org

   /s/*Katherine Hanson*
Katherine Hanson, Esq.
Florida Bar No. 0071933
1000 NE 16th Avenue, Bldg. I
Gainesville, FL 32601
(352) 415-1654
katherine.hanson@trls.org
litigationeservice@trls.org