**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JANE DOE,

     Plaintiff,

v.

FRONTIER PARK QOZB,
a Florida Limited Liability company,         **Case No. 8:26-cv-**__01768___

and

STEPHEN SATZ, individually,

     Defendants.

_____/

### AFFIDAVIT OF INDIGENCY

I, **JANE DOE**, a United States citizen, being first duly sworn, depose and make under oath the following application and affidavit pursuant to Title 28 U.S.C. §1915, to proceed in forma pauperis in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefore, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

    I.     **BRIEF STATEMENT AS TO THE NATURE OF THE ACTION:**

        This matter is being brought for violations of Plaintiff's rights under the Federal Fair Housing Act (42 U.S.C. §§ 3601 – 3619), and Florida's

Residential Tenancy Prohibit Practices protections (§ 83.67, Fla. Stat.).

II. **RESIDENCE**

Affiant's address: **1001 E. Richmere, Apt A**　　　　**Tampa**
　　　　　　　　　　　　(Street)　　　　　　　　　　　(City)

**FL**　　　　　　　　　　**33612**
(State)　　　　　　　　　(Zip Code)

III. **MARITAL STATUS:**

1.　　Single____　Married____　Separated_X__　Divorced_____

2.　　If married, spouse's full name: __Reynaldo Figueroa

IV. **DEPENDENTS:**

1.　　Number: ___Zero___

2.　　Relationship to dependent: _____N/A

3.　　How much money do you contribute toward your dependents

support on a monthly basis? $____0

V. **EMPLOYMENT:**

1.　　Name of employer: _____7/11_____
　　a.　　Address of employer: **802 E Dr Martin Luther King Jr Blvd**_____
　　　　　　　(Street)

_____, **Tampa, FL 33603**_____

(City)　　　　　　(State)　　　　　　(Zip Code)

　　b.　　How long has affiant been employed by present

employer? Years: __0____　Months: __2____

　　c.　　　　Income:　Monthly $ _**N/A**_ or Weekly $

__480 ($15 x 32 hours on average)__

　　d.　　What is affiant's job? __**Sales Associate**__

2.　　If unemployed, date of last employment: **N/A**

Amount of salary and wages received per month in last employment: **N/A**

3. Is spouse employed? __**Yes**__ If so, name of employer:

_____ Unknown- Separated _____

    a. Income: Monthly $ ____ or Weekly $ _____

    b. What is spouse's job? ____**N/A**__ ____

4. Are you and/or your spouse receiving welfare aid? _____**N/A**___

    If so, amount:    Monthly $ ____ or Weekly $

## VI.   FINANCIAL STATUS:

1. Owner of real property (excluding ordinary household furnishings and clothing): **No**

    a. Description: _____**N/A**__ _____

    b. Address: _____**N/A**__ _____

    c. In whose name? _____**N/A**__ _____

    d. Estimated value.................. $ ____**0.00**___

    e. Total amount owed................ $ ___**0.00**___

    Owed to: _____ $ _____

        $ _____

    f. Annual income from property....... $ _____

2. Other assets/property: __**N/A**__

    a. Automobile:__**N/A**__ Make _____ Model _____

    In whose name is it registered? _____

    Present value of car............. $ _____

    Amount owed...................... $ _____

Owed to............................ $

b.     Total cash in banks, savings and loan associations,

prisoner accounts, financial institutions, other

repositories, or anywhere else.  $ __160.00____

c.     List monies received for the last twelve (12) months, into your

hands, into banks, savings and loan associations, prisoner

accounts, other financial institutions, or other sources as

indicated below:

Business, profession or other forms of self employment  $ 700

Rent payments, interest or dividends................    $

Pensions, annuities or life insurance payments.......    $

Gifts or inheritance................................    $

Stocks, bonds or notes.............................    $

Other sources......................................    $3,576.00

**(SNAP Benefits)**

3.     Obligations:

a.     Monthly rental on house or apartment    $ __400.00__

b.     Monthly mortgage payments on house    $ __0.00__

4.     Other information pertinent to affiant's financial debts and obligations:

__Advent Health Hospital__          ____$1000_____
(Creditor)                    (Total debt)(monthly payment)

__Capital One__              __$400.00_____
(Creditor)                    (Total debt) (monthly payment)

__Child Support__            _852.37 monthly (Child support)_____
(Creditor)                    (Total debt) (monthly payment)

Other (explain): _____

5.    **FOR PRISONER AFFIANTS ONLY:**

A COMPUTER PRINTOUT or NOTARIZED FINANCIAL STATEMENT MUST BE prepared by Institution, containing all transactions in affiant's prisoner account for the **three (3) months** preceding the filing of the Complaint, must be attached to this Affidavit. **Failure to provide said information may result in the return of the Complaint and Affidavit of Indigency without Court Action.**

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis for prosecution and conviction for perjury or making false statements. Further, I certify that all answers are truce and correct to the best of my knowledge and belief.

Signature of Affiant _____

The foregoing instrument was acknowledged before me with an oath on ____, 2026 , by _____, who is personally known to me or produced the following type of identification: ___FL. Driven License___ .

Notary Public (Signature)

Nayrisbeth Faris
Printed Name

My commission expires



NAYRISBETH FARIS
Commission # HH 272641
Expires August 29, 2026