UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANE DOE,

      Plaintiff,

v.                                                    Case No. 8:26-cv-1768-KKM-AAS

FRONTIER PARK
QOZB LLC., et al.,

      Defendants.

_____/

## ORDER

Plaintiff Jane Doe moves to file two motions under seal: (1) her application to proceed without paying filing fees and (2) her motion to proceed under pseudonym and for protective order. (Doc. 2).

This case arises out of Jane Doe's allegations of sexual harassment and abuse by the defendants. *See* (Doc. 1). The plaintiff filed her complaint under a "Jane Doe" pseudonym to keep her name confidential during these proceedings. Jane Doe requests leave to file motions under seal to prevent Jane Doe's name from being visible on the public docket. She requests this relief to protect herself from further psychological harm, embarrassment, and harassment.

The public has a common-law right to access judicial proceedings, including the right to inspect and copy public records and court documents. *See*

*Chicago Trib. Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001). However, "[t]he common law right of access may be overcome by a showing of good cause, which requires balancing the asserted right of access against the other party's interest in keeping the information confidential." *Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007).

Jane Doe's motion to seal (Doc. 2) and proposed motions to be filed under seal (Docs. 2-1, 2-2) all include Jane Doe's name and are available on the public docket. As recognized by Jane Doe's counsel, the visibility of Jane Doe's name on the public docket undermines Jane Doe's motion for a protective order to proceed under a pseudonym.

Given the subject matter of this case and the potential risk of harm and embarrassment to Jane Doe the documents shall be provisionally sealed pending a ruling on Jane Doe's motion for a protective order to proceed under a pseudonym.

Accordingly, the motion to file under seal (Doc. 2) is **GRANTED** to the extent the documents shall be sealed pending the adjudication of Jane Doe's motion to proceed under pseudonym (Doc. 2-2). The Clerk is directed to file Exhibit 1 (Doc. 2-1) and Exhibit 2 (Doc. 2-2) under seal as two separate motions. For the same reasons, the Clerk is directed to seal Docket Entry 2, including its attachments, because Jane Doe's name is included in the motion

and attachments.

**ORDERED** in Tampa, Florida, on June 22, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge